■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WILLIAM, Also Known as JAMES L. WILLIAMS, Appellant. — Judgment, Supreme Court, New York County (Leff, J.), rendered on February 1, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Markewich, Lupiano and Fein, JJ.

■ NITEC PAPER CORPORATION, Respondent-Appellant, v BETZ ENVIRONMENTAL ENGINEERS, INC., Appellant-Respondent. — Order, Supreme Court, New York County (M. Evans, J.), entered on September 24, 1981, unanimously affirmed. Plaintiff-respondent-appellant shall recover of defendant-appellant-respondent $75 costs and disbursements of this appeal. The appeals from the orders of said court entered on January 13, 1981 and June 22, 1981, respectively, are dismissed, without costs and without disbursements, as having been superseded by the appeal from the order of September 24, 1981. No opinion. Concur — Sullivan, J. P., Ross, Carro, Silverman and Bloom, JJ.

■ ALBERT WEINBERG, Respondent, v SHELTER SHED NATIONAL, INC., Appellant. — Order, Supreme Court, New York County (Gabel, J.), entered on March 25, 1981, unanimously affirmed, subsequent to granting an application to submit additional papers. Respondent shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Sullivan, J. P., Ross, Carro, Silverman and Bloom, JJ.